■ Joseph E. Tomassi, Appellant, v Michael Dominic et al., Individually and as Agents and Employees of Rome Strip Steel, Inc., Respondents. [718 NYS2d 915] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted defendants' motion for summary judgment dismissing

the cause of action for intentional infliction of emotional distress. The conduct alleged is not sufficiently extreme or outrageous to support recovery on that theory (see, *Dillon v City of New York*, 261 AD2d 34, 41; *DeFilippo v Xerox Corp.*, 223 AD2d 846, 847-848, *lv dismissed* 87 NY2d 1056; *Foley v Mobil Chem. Co.*, 214 AD2d 1003, 1005). (Appeal from Order of Supreme Court, Oneida County, Parker, J.—Summary Judgment.) Present—Pine, J. P., Wisner, Hurlbutt and Kehoe, JJ.